JOSEPH R. MESSINA, JR., et al., appellants,

*v.*

· NATIONAL STORE CO., et al., respondents.

[Argued October 28th, 1947.  Decided January 29th, 1948.]

*Mr. Jerome J. Sonnabend* (*Mr. Maurice C. Brigadier,* of counsel), for the appellants.

*Mr. Eugene F. Hoffman* (*Mr. Edward J. Gilhooly,* of counsel), for Louis B. Englander.

*Messrs. Hannoch & Lasser* (*Mr. Aaron Lasser,* of counsel), for National Store Co., et al.

*Lillian Clawans,* for Co-operative Service Co.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays, and reported at *140 N. J. Eq. 312.*

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ.  13.

*For reversal*—None.